IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division



| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 1:25-CR-319 |
| MOISES OSVALDO SORTO-IRAETA, a/k/a Moises Oswaldo Sorto Iraheta | 8 U.S.C. § 1326(a) & (b)(2) (Illegal Reentry after Removal Subsequent to an Aggravated Felony) |
| Defendant. | |

**INDICTMENT**

December 2025 Term – at Alexandria, Virginia

THE GRAND JURY CHARGES THAT:

Count One

(*Illegal Reentry after Removal Subsequent to an Aggravated Felony*)

On or about December 30, 2023, in Loudoun County and elsewhere in the Eastern District of Virginia, the Defendant, MOISES OSVALDO SORTO-IRAETA, an alien, was found in the United States after having been removed and deported therefrom on May 19, 2017 at or near Alexandria, Louisiana, said removal being subsequent to an aggravated felony conviction in March of 2017, and without having obtained the express consent of the Attorney General of the United

States and the Secretary of the Department of Homeland Security to reapply for admission to the United States. (In violation of Title 8, United States Code, Section 1326(a) and (b)(2).)

Lindsey Halligan
United States Attorney and Special Attorney

Todd W. Blanche
Deputy Attorney General

Robert K. McBride
First Assistant United States Attorney

By: _____
Jose M. Ortiz
Special Assistant United States Attorney
Tony Roberts
Assistant United States Attorney

A TRUE BILL

Pursuant to the E-Government Act, The original of this page has been filed under seal in the Clerk's Office

FOREPERSON

---

\*\* See Order, Dkt. No. 213, USA v. Comey, 1:25-cr-00272 (E.D. Va. Nov. 24, 2025)
Order, Dkt. No. 140, USA v. James, 2:25-cr-00122 (E.D. Va. Nov. 24, 2025)

2